1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER GORDON, | ) |
| | ) CASE NO.: 2:22-cv-03881-MAR |
| Plaintiff, | ) |
| | ) |
| v. | ) ~~[PROPOSED]~~ ORDER |
| | ) AWARDING EAJA FEES AND COSTS |
| KILOLO KIJAKAZI, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of FIVE THOUSAND FOUR HUNDRED DOLLARS AND 00/100 ($5,400.00) subject to the terms of the stipulation.

DATED: May 4, 2023

HON. MARGO A. ROCCONI
UNITED STATES MAGISTRATE JUDGE

-1-